## Leo P. Ratkowski et al., Appellees, v. City of Chicago, Appellant.

### Gen. No. 40,782.

Heard in second division, first district, at June term, 1939; opinion filed December 27, 1939. Barnet Hodes, Corporation Counsel, for appellant; Joseph F. Grossman, First Assistant Corporation Counsel and J. Herzl Segal, Assistant Corporation Counsel, of counsel; Wolf & Love, for appellees; Alexander Wolf, of counsel. Opinion by JUSTICE FRIEND. ''Not to be published in full.''

## Salvatore Gallachio et al., Appellees, v. City of Chicago, Appellant.

### Gen. No. 40,783.

Heard in second division, first district, at June term, 1939; opinion filed December 27, 1939. Barnet Hodes, Corporation Counsel, for appellant; Joseph F. Grossman, First Assistant Corporation Counsel and J. Herzl Segal, Assistant Corporation Counsel, of counsel; Medard A. Kunz, for appellees. Opinion by JUSTICE FRIEND. ''Not to be published in full.''